**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

— v —

ANGELICA YONAYEV,

          Defendant.

- - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

**07 CRIM. 480**

      Please take notice that the United States Attorney's Office will file a two-count felony information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 22, 2007

                        MICHAEL J. GARCIA
                        United States Attorney



           By: _____
               Michael Farbiarz
               Assistant United States Attorney

           AGREED AND CONSENTED TO:

           By: _____
               A. Dayan, Esq.
               Attorney for Angelica Yonayev

5/23/07 WHEEL A