UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

ANGELICA YONAYEV,

        Defendant.

- - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

07 Cr.        (DC)

    The above-named defendant, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       May 30, 2007



0202